FILED by TB D.C.

Jul 28, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20540-CR-MARTINEZ/OTAZO-REYES

18 U.S.C. § 1014
18 U.S.C. § 1512(b)(3)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

DANIEL PAEZ,

      Defendant.
_____/

## INFORMATION

The Acting United States Attorney charges that:

## GENERAL ALLEGATIONS

At all times material to this Information:

1. Defendant **DANIEL PAEZ** was a resident of Miami-Dade County and, previously, was an inmate at the Federal Correctional Institution in Coleman, Florida.

2. Horus International LLC ("Horus International") was a Florida limited liability company.

3. Individual A was a resident of Miami-Dade County and was listed on paperwork as the owner of Horus International.

4. Defendant **DANIEL PAEZ** was convicted in the United States District Court for the Southern District of Florida, case number 13-20789-CR-WPD, for securities fraud in violation of Title 15, United States Code, Sections 78j(b) and 78ff(a), in connection with an investment

fraud scheme. On or about February 21, 2014, **PAEZ** was sentenced to 37 months imprisonment and ordered to pay $476,545 in restitution at the rate of 10% monthly gross earnings, or as otherwise altered by the court.

5. Defendant **DANIEL PAEZ** was also sentenced to three years of supervised release. The judgment and commitment order included certain conditions while **PAEZ** was on supervised release, including that he: (a) answer truthfully all inquiries by the probation officer; (b) provide complete access to financial information, including disclosure of all business and personal finances; and (c) obtain prior approval before entering into any self-employment.

6. Defendant **DANIEL PAEZ** was released from imprisonment and placed on supervised release on or about October 25, 2016.

## COUNT 1
## False Statement to a Financial Institution
## (18 U.S.C. § 1014)

1. The General Allegations section of this Information is re-alleged and incorporated herein by reference.

2. On or about May 17, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL PAEZ,**

did knowingly and willfully make, and cause to be made, false statements in connection with an account application to a financial institution, that is, Citibank, N.A., the accounts and deposits of which were insured by the Federal Deposit Insurance Corporation, which statements the defendant knew to be false, and which statements the defendant made with the intent to influence the action of Citibank, N.A., upon an application for an account, to wit, at the direction of defendant, Individual A executed a Business Deposit Account Application for an account ending in x-1850,

that falsely represented that Horus International had annual gross revenues of $800,000, annual net profit of $500,000, and that the $9,000 initial deposit amount was derived from the sale of used clothing.

In violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 2
### Corrupt Persuasion of a Witness
### (18 U.S.C. § 1512(b)(3))

1. The General Allegations section of this Information is re-alleged and incorporated herein by reference.

2. From on or about May 17, 2016, through on or about May 1, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL PAEZ,**

did knowingly and corruptly persuade another person, with the intent to hinder, delay and prevent the communication to a law enforcement officer and a judge of the United States of information relating to the commission and possible commission of a Federal offense and a violation of conditions of supervised release, specifically, the payment of restitution as ordered in case number 13-20789-CR-WPD, to wit, by: (a) hiding and concealing defendant's control over Horus International and the funds in Citibank, N.A., account ending in x-1850; (b) instructing Individual A to make false statements to and conceal from a United States Probation Officer defendant's ownership and control over such account and funds; and (c) hiding and concealing defendant's receipt, sale and transportation of stolen goods in international commerce.

In violation of Title 18, United States Code, Sections 1512(b)(3) and 2.

## FORFEITURE
## (18 U.S.C. §§ 981(a)(1)(C) & 982(a)(2)(A))

1.  The allegations of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant has an interest.

2.  Upon conviction of the violation of Title 18, United States Code, Section 1014, as alleged in this Information, the defendant shall forfeit to the United States, any property constituting or derived from proceeds the defendant obtained directly or indirectly as the result of such violation.

3.  Upon conviction of the violation of Title 18, United States Code, Section 1512, as alleged in this Information, the defendant shall forfeit to the United States, any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and the procedures set forth in Title 21, United States Code, Section 853, made applicable by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461.

_/s/ Benjamin Greenberg_
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_/s/ Jerrob Duffy_
JERROB DUFFY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DANIEL PAEZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant.                      / | Superseding Case Information: |

**Court Division**: (Select One)

| | | | | New Defendant(s) | Yes ___ | No ___ |
|---|---|---|---|---|---|---|
| X | Miami | ___ | Key West | Number of New Defendants ___ | | |
| ___ | FTL | ___ | WPB    ___ FTP | Total number of counts ___ | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No)        NO___
   List language and/or dialect          _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                        (Check only one)

   | I   | 0 to 5 days      | X    | Petty    | ___ |
   |-----|------------------|------|----------|-----|
   | II  | 6 to 10 days     | ___  | Minor    | ___ |
   | III | 11 to 20 days    | ___  | Misdem.  | ___ |
   | IV  | 21 to 60 days    | ___  | Felony   | X   |
   | V   | 61 days and over | ___  |          |     |

6. Has this case been previously filed in this District Court?     (Yes or No)    No
   If yes:
   Judge: _____   Case No. _____

   Has a complaint been filed in this matter?     (Yes or No)    No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?         ___ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?         ___ Yes   X  No

_____
JERROB DUFFY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501106

*Penalty Sheet(s) attached

REV 4/8/08

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DANIEL PAEZ, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DANIEL PAEZ

**Case No:** _____

Count #: 1

False Statement to a Financial Institution

Title 18, United States Code, Section 1014

**\* Max. Penalty:** Thirty (30) years' imprisonment

Count #: 2

Corrupt Persuasion of a Witness

Title 18, United States Code, Section 1512(b)(3)

**\*Max. Penalty:** Twenty (20) years' imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.